Case 4:18-cr-00622-KGB Document 22 Filed 08/07/19 Page 1 of 5

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 0 7 2019

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:18CR00622 KGB |
| | ) | |
| v. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A) |
| | ) | 21 U.S.C. § 841(b)(1)(B) |
| FRANCISCO ORTIZ-RENTERIA | ) | 18 U.S.C. § 922(g)(5)(A) |
| CARLOS ORTIZ RENTERIA | ) | |
|     aka "SENIOR" | ) | |
| JUAN CARLOS ORTIZ-AYALA | ) | |
|     aka "JUNIOR" | ) | |
| SANTOS VEGA-GONZALEZ | ) | |
|     aka "OMAR MARTINEZ-VEGA" | ) | |
|     aka "LOPEZ" | ) | |
|     aka "DON" | ) | |
|     aka "PONCHO" | ) | |
| HECTOR BONILLA-CASTELLANOS | ) | |
|     aka "HECTOR BONILLA" | ) | |
| MARCO ANTONIO LOZANO-MEDINA | ) | |
|     aka "MARCO ANTONIO MARTINEZ-CORONA" | ) | |
|     aka "IVAN MARTINEZ-GOMEZ" | ) | |
| BLANCA FLOR CABALLERO | ) | |
| ROBERT MORNING | ) | |
| ROSA ANGELICA PACHECO TORRES, and | ) | |
| JUAN GERARDO MARTINEZ-CERVANTES | ) | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From January 2018 until on or about August 6, 2019, in the Eastern District of Arkansas and elsewhere, the defendants,

FRANCISCO ORTIZ-RENTERIA,
CARLOS ORTIZ RENTERIA, aka "SENIOR,"
JUAN CARLOS ORTIZ-AYALA, aka "JUNIOR,"
SANTOS VEGA-GONZALEZ, aka "OMAR MARTINEZ-VEGA", aka "LOPEZ," aka "DON,"
aka PONCHO,"
HECTOR BONILLA-CASTELLANOS, aka "HECTOR BONILLA,"
MARCO ANTONIO LOZANO-MEDINA,
aka "MARCO ANTONIO MARTINEZ-CORONA," aka "IVAN MARTINEZ-GOMEZ,"
BLANCA FLOR CABALLERO,
ROBERT MORNING,

ROSA ANGELICA PACHECO TORRES, and
JUAN GERARDO MARTINEZ-CERVANTES,

voluntarily and intentionally conspired with each other, and with others known and unknown to the grand jury, to knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about January 8, 2018, in the Eastern District of Arkansas, the defendant,

ROBERT MORNING,

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT THREE

On or about January 19, 2018, in the Eastern District of Arkansas, the defendant,

ROBERT MORNING,

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT FOUR

On or about February 1, 2018, in the Eastern District of Arkansas, the defendant,

ROBERT MORNING,

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT FIVE

On or about February 9, 2018, in the Eastern District of Arkansas, the defendant,

ROBERT MORNING,

knowingly and intentionally distributed 5 grams or more but less than 50 grams of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT SIX

On or about February 20, 2018, in the Eastern District of Arkansas, the defendant,

ROBERT MORNING,

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT SEVEN

On or about March 6, 2018, in the Eastern District of Arkansas, the defendant,

ROBERT MORNING,

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT EIGHT

On or about July 16, 2018, in the Eastern District of Arkansas, the defendant,

JUAN GERARDO MARTINEZ-CERVANTES,

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT NINE

On or about July 24, 2018, in the Eastern District of Arkansas, defendants,

SANTOS VEGA-GONZALEZ,
aka "OMAR MARTINEZ-VEGA",
aka "LOPEZ,"
aka "DON,"
aka PONCHO," and

JUAN GERARDO MARTINEZ-CERVANTES,

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT TEN

On or about September 20, 2018, in the Eastern District of Arkansas, defendants,

SANTOS VEGA-GONZALEZ,
aka "OMAR MARTINEZ-VEGA",
aka "LOPEZ,"
aka "DON,"
aka PONCHO," and

FRANCISCO ORTIZ-RENTERIA,

knowingly and intentionally distributed 50 grams or more methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT ELEVEN

On or about October 5, 2018, in the Eastern District of Arkansas, the defendant,

FRANCISCO ORTIZ-RENTERIA,

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT TWELVE

On or about January 25, 2019, in the Eastern District of Arkansas, defendants,

SANTOS VEGA-GONZALEZ,
aka "OMAR MARTINEZ-VEGA",
aka "LOPEZ,"
aka "DON,"
aka PONCHO," and

ROSA ANGELICA PACHECO TORRES,

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT THIRTEEN

On or about February 6, 2019, in the Eastern District of Arkansas, the defendant,

BLANCA FLOR CABALLERO,

knowingly and intentionally distributed 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT FOURTEEN

On or about February 6, 2019, in the Eastern District of Arkansas, the defendant,

JUAN CARLOS ORTIZ-AYALA,
"JUNIOR"

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT FIFTEEN

On or about April 15, 2019, in the Eastern District of Arkansas, the defendant,

MARCO ANTONIO LOZANO-MEDINA,
aka "MARCO ANTONIO MARTINEZ-CORONA,"
aka "IVAN MARTINEZ-GOMEZ,"

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT SIXTEEN

On or about April 15, 2019, in the Eastern District of Arkansas, the defendant,

HECTOR BONILLA-CASTELLANOS,
aka "HECTOR BONILLA,"

then knowingly being an alien illegally and unlawfully in the United States, knowingly possessed, in and affecting commerce, a firearm, that is: a Taurus PT92 AFS 9mm pistol, bearing serial number TTA67528, in violation of Title 18, United States Code, Section 922(g)(5)(A).

## FORFEITURE ALLEGATION ONE

Upon conviction of any of the crimes charged in Counts One through Seventeen of this Superseding Indictment, the defendants, FRANCISCO ORTIZ-RENTERIA, CARLOS ORTIZ RENTERIA, aka "SENIOR," JUAN CARLOS ORTIZ-AYALA, aka "JUNIOR," SANTOS VEGA-GONZALEZ, aka "OMAR MARTINEZ-VEGA," aka "LOPEZ," aka "DON," aka "PONCHO," HECTOR BONILLA-CASTELLANOS, aka "HECTOR BONILLA," MARCO ANTONIO LOZANO-MEDINA, aka "MARCO ANTONIO MARTINEZ-CORONA," aka "IVAN MARTINEZ-GOMEZ," BLANCA FLOR CABALLERO, ROBERT MORNING, ROSA ANGELICA PACHECO TORRES, and JUAN GERARDO MARTINEZ-CERVANTES shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly,

as a result of the offense.

## FORFEITURE ALLEGATION TWO

Upon conviction of any of the crimes charged in Counts One through Seventeen of this Superseding Indictment, the defendants, FRANCISCO ORTIZ-RENTERIA, CARLOS ORTIZ RENTERIA, aka "SENIOR," JUAN CARLOS ORTIZ-AYALA, aka "JUNIOR," SANTOS VEGA-GONZALEZ, aka "OMAR MARTINEZ-VEGA," aka "LOPEZ," aka "DON," aka "PONCHO," HECTOR BONILLA-CASTELLANOS, aka "HECTOR BONILLA," MARCO ANTONIO LOZANO-MEDINA, aka "MARCO ANTONIO MARTINEZ-CORONA," aka "IVAN MARTINEZ-GOMEZ," BLANCA FLOR CABALLERO, ROBERT MORNING, ROSA ANGELICA PACHECO TORRES, and JUAN GERARDO MARTINEZ-CERVANTES shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION THREE

Upon conviction of any of the crimes charged in Counts One through Seventeen of this Superseding Indictment, the defendants, FRANCISCO ORTIZ-RENTERIA, CARLOS ORTIZ RENTERIA, aka "SENIOR," JUAN CARLOS ORTIZ-AYALA, aka "JUNIOR," SANTOS VEGA-GONZALEZ, aka "OMAR MARTINEZ-VEGA," aka "LOPEZ," aka "DON," aka "PONCHO," HECTOR BONILLA-CASTELLANOS, aka "HECTOR BONILLA," MARCO ANTONIO LOZANO-MEDINA, aka "MARCO ANTONIO MARTINEZ-CORONA," aka "IVAN MARTINEZ-GOMEZ," BLANCA FLOR CABALLERO, ROBERT MORNING, ROSA ANGELICA PACHECO TORRES, and JUAN GERARDO MARTINEZ-CERVANTES shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and

ammunition involved in the commission of the offense.

[End of Text. Signature Page Attached.]