IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.               CASE NO. 4:18-CR-00622-07-KGB

BLANCA FLOR CABALLERO                                                 DEFENDANT

## ORDER OF DETENTION

Defendant appeared with counsel for a plea and arraignment. Due to an I.C.E. (Immigration and Customs Enforcement) detainer, the Defendant waived her rights to a detention hearing at this time. She reserves the right to request a detention hearing in the future should her conditions change. Therefore, the Defendant is remanded to the custody of the United States Marshals Service.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

SO ORDERED this 15th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE