# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                  PLAINTIFF

v.                          Case No. 4:18-cr-00622 KGB

FRANCISCO ORTIZ-RENTERIA, *et al*.                              DEFENDANTS

## ORDER

Pending before the Court is defendant Juan Carlos Ortiz-Ayala's motion for continuance of his September 16, 2019, trial date (Dkt. No. 72). By prior Order, the Court directed that any response in opposition to Mr. Ortiz-Ayala's motion for continuance be filed by September 5, 2019 (Dkt. No. 87). Counsel for the government has communicated to the Court that she does not have an objection to the motion.

The Court stated in its prior Order that it would assume that any defendant who did not respond to Mr. Ortiz-Ayala's motion for continuance joined in the motion for continuance and waived Speedy Trial requirements until the next scheduled trial date. There were no responses in opposition to Mr. Ortiz-Ayala's motion for continuance filed.

The Court has fully considered the motion and finds that the interest of justice served by granting a continuance outweighs the best interest of the public and defendants for a speedy trial in that the issues herein are such that to deny the motion would deny counsel for the defendants the reasonable time necessary for effective preparation for trial and to develop any and all proper defenses which might be averred on the defendants' behalf.

The Court finds that no severance has been granted on behalf of any defendant in this matter. Since the defendants are jointly indicted on similar evidence from the same event, defendants' trial should be conducted on the same date.

It is therefore ordered that the motion for continuance be, and it is hereby, granted (Dkt. No. 72). Therefore, as to all defendants herein, this matter is rescheduled for jury trial to begin at ***9:30 a.m. the week of Monday, June 29, 2020,*** in Little Rock, Arkansas. Counsel are to be present 30 minutes prior to trial and are directed to submit jury instructions electronically to the Court at [kgbchambers@ared.uscourts.gov](mailto:kgbchambers@ared.uscourts.gov) on or before ***June 15, 2020***.

Defense counsel should confer with the government and counsel for co-defendants to determine any *Bruton* problems, see *Bruton v. United States*, 391 U.S. 123 (1968), no later than 60 days prior to the trial date.

It is further ordered that the delay occasioned by this continuance shall be excludable under the provisions of the Speedy Trial Act, specifically 18 U.S.C. § 3161(h)(7)(A) as to Juan Carlos Ortiz-Ayala and 18 U.S.C. § 3161(h)(6) as to defendants Francisco Ortiz-Renteria, Santos Vega-Gonzalez, Hector Bonilla-Castellanos, Marco Antonio Lozano-Medina, Blanca Flor Caballero, Robert Morning, Rosa Angelica Pacheco Torres, and Juan Gerardo Martinez-Cervantes.

Dated this 11th day of September 2019.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge